IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00946-LTB-OES

BRUCE G. VAN ORNUM, and
STEVEN G. SHORE,

Plaintiff(s),

vs.

TRANSAMERICA CAPITAL, INC., et al.,

Defendant(s).

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  July 12, 2005

      Plaintiff's Motion to Compel [filed May 25, 2005] is DENIED. Defendant's Motion to Compel [filed June 30, 2005] is GRANTED. Defendant's Motion for Protective Order, contained within that same motion, is DENIED AS MOOT.  Defendants are directed to provide the Court with a further Order for the Court's signature concerning today's hearing.