IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:05-cv-00946-LTB-OES

Bruce G. Van Ornum, and
Steven G. Shore,

Plaintiffs,

v.

Transamerica Capital, Inc.,
AEGON N.V.,
Paula Nelson, and
Larry N. Norman as individuals,

Defendants

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 1 3 2005

GREGORY C. LANGHAM
CLERK

## ORDER

On August 18, 2005, this Court presided over a telephonic status conference related to the August 1, 2005 Objections of non-party Mike Rose to the Court's rulings made on July 12, 2005. The Court, having reviewed Mr. Rose's Objections, having heard from Mr. Rose's counsel, counsel for Plaintiffs, and counsel for TCI, and otherwise being fully advised, hereby ORDERS and ADJUDGES that, included within the production compelled by this Court's August 18, 2005 Order (entered after the August 18, 2005 telephonic status conference and memorializing the Court's July 12, 2005 rulings), Mr. Rose shall produce immediately any and all documents and/or statements he provided to the United States Department of Labor, and/or its representatives and agencies, related to the Plaintiffs' allegations in the case styled, <u>Van Ornum, et al. v. Transamerica Capital, Inc., et al.</u>, Civil Action No. 04-2950 (JMR/FLN), pending in the United States District Court for the District of Minnesota.

SO ORDERED, this 13th day of September 2005.

O. Edward Schlatter
United States Magistrate Judge